

In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00177-CR

PANFILO SOTELO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-56612-W

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. This Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and the decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47